UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT SCHNUERINGER,<br><br>Petitioner,<br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00353-MMD-WGC<br><br>ORDER |

Before the Court is Petitioner's motion for an extension of time (ECF No. 23) for an additional 60 days to file his reply to Respondents' answer (ECF No. 22). Because the Court finds the motion was made with good cause and not solely for the purposes of delay, the Court will grant the extension.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 23) is granted. Petitioner shall have until May 8, 2021, to file his reply.

It is further ordered that Respondents' motions for extension of time (ECF Nos. 20, 21) are granted *nunc pro tunc* as of their respective filing dates.

DATED THIS 19th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE